1  ROBERT C. SCHLEIN
   California State Bar No. 97876
2  401 "B" Street, Suite 2209
   San Diego, CA 92101
3  Telephone: (619) 235-9026
   Email: robert@rcslaw.org
4
   *Attorney for EZEQUIEL MANZO-GAITAN*
5

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8              (HONORABLE JANIS L. SAMMARTINO)

9  UNITED STATES OF AMERICA,          )   Case: 08CR00094-JLS
                                      )
10         Plaintiff,                 )   Date: February 15, 2008
                                      )   Time: 1:30 p.m.
11  v.                                )
                                      )
12  EZEQUIEL MANZO-GAITAN,            )   MOTIONS TO:
                                      )
13         Defendant.                 )   (1) COMPEL DISCOVERY;
                                      )   (2) GRANT LEAVE TO FILE FURTHER
14  _____   )       MOTIONS

15

16  TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND REBECCA KANTER, ASSISTANT
    UNITED STATES ATTORNEY:
17

18                          MOTIONS

19        Defendant, Ezequiel MANZO-GAITAN, by and through his attorney, Robert C. Schlein, asks

20  this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other

21  applicable statutes, case law, and local rules for an order to:

22        (1)   Compel Discovery; and

23        (2)   Grant Leave to File Further Motions.

24  //

25  //

26  //

27  //

28  //

1   These motions are based upon the instant motions and notice of motions, the attached
2 statement of facts and memorandum of points and authorities, the files and records in the above-captioned
3 matter, and any and all other materials that may come to this Court's attention prior to or during the hearing
4 of these motions.

5   Respectfully submitted,

6

7 Dated: January 18, 2008    /s/ROBERT C. SCHLEIN
    Robert C. Schlein
8   Attorney-at-Law
    Attorney for Defendant MANZO-GAITAN
9   robert@rcslaw.org