ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for EZEQUIEL MANZO-GAITAN*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case:  08CR00094-JLS |
| )                              Plaintiff,          ) | Date:   February 15, 2008<br>Time:  1:30 a.m. |
| v.                                          ) | |
| EZEQUIEL MANZO-GAITAN,          ) | NOTICE OF MOTIONS<br>TO: |
| )                              Defendant.          ) | (1) COMPEL DISCOVERY;<br>(2) GRANT LEAVE TO FILE FURTHER<br>     MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY AND REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 15, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard, defendant, Ezequiel Manzo-Gaitan, by and through his attorney, Robert C. Schlein, will ask this Court to enter an order granting the accompanying motions.

Respectfully submitted,

Dated: January 18, 2008                    /s/ROBERT C. SCHLEIN
                                                       Robert C. Schlein
                                                       Attorney-at-Law
                                                       Attorney for Defendant MANZO-GAITAN
                                                       robert@rcslaw.org