# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08CR00094-JLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | **CERTIFICATE OF SERVICE** |
| ) | |
| EZEQUIEL MANZO-GAITAN, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**Notice of Motions**
**Motion to:   (1) Compel Discovery**
**            (2) Grant Leave to File Further Motions**
**Memorandum of Points and Authorities**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the:

   1. Rebecca Kanter, Assistant United States Attorney.

I declare under penalty of perjury that the foregoing is true and correct Executed on January 18, 2008.

                                             s/Robert C. Schlein
                                             ROBERT C. SCHLEIN