ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for EZEQUIEL MANZO-GAITAN*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:  08CR00094-JLS |
| Plaintiff, | ) | Date:  February 15, 2008 |
| | ) | Time: 1:30 p.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER TO DETERMINE |
| EZEQUIEL MANZO-GAITAN, | ) | DEFENDANT'S COMPETENCY |
| | ) | PURSUANT TO 18 U.S.C. §§ 4241, 4247 |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

<u>MOTION</u>

  Defendant, Ezequiel MANZO-GAITAN, by and through his attorney, Robert C. Schlein, asks this Court pursuant to the United States Code Title 18 §4241, and all other applicable statutes, case law, and local rules for an order for:

  (1) Determination of Competency Pursuant to 18 U.S.C. §§4241, 4247

//
//
//
//
//
//
//

1        This motion is based upon the instant motion and notice of motion, the attached declaration

2    of Robert C. Schlein in support of this motion, the files and records in the above-captioned matter, and any

3    and all other materials that may come to this Court's attention prior to or during the hearing of these

4    motions.

5                                         Respectfully submitted,

6

7    Dated: January 23, 2008        /s/ROBERT C. SCHLEIN
           Robert C. Schlein

8               Attorney-at-Law
           Attorney for Defendant MANZO-GAITAN

9               robert@rcslaw.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28