1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08CR00094-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| EZEQUIEL MANZO-GAITAN, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age.

My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**(1) Motion for Order to Determine Defendant's Competency**
**(2) Declaration of Robert Schlein in Support of Defendant's Motion**

on the following parties by electronically filing the foregoing with the Clerk of the District Court

using its ECF System, which electronically notifies the:

1. Rebecca Kanter, Assistant United States Attorney.

I declare under penalty of perjury that the foregoing is true and correct

Executed on January 23, 2008.

s/Robert C. Schlein
ROBERT C. SCHLEIN

1