ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for Ezequiel Manzo-Gaitan*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 08cr0094-JLS |
| Plaintiff, | Date: September 26, 2008<br>Time: 2 p.m. |
| v. | |
| EZEQUIEL MANZO-GAITAN, | **NOTICE OF MOTION AND MOTION TO:** |
| Defendant. | **1) DISMISS THE INDICTMENT BECAUSE; THE DEFENDANT WAS NEVER FREE FROM "OFFICIAL RESTRAINT";**<br>**2) GRANT AN EVIDENTIARY HEARING** |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, and
     REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on September 26, 2008 at 2 p.m., or as soon thereafter as counsel may be heard, the defendant, Ezequiel Manzo-Gaitan, by and through his counsel, Robert C. Schlein, will move this court to dismiss the indictment and acquit Mr. Manzo-Gaitan of all charges contained within, as well as grant an evidentiary hearing to allow exculpatory evidence to come to light.

///
///
///
///
///
///

///

## **MOTIONS**

The defendant, Ezequiel Manzo-Gaitan, by and through his counsel, Robert C. Schlein, asks this Court pursuant to the United States Constitution, Federal Rules of Criminal Procedure 7(d), 12, 16, 26.2, 29, and all other applicable statutes and local rules for an order to:

1. Dismiss all counts of the indictment because Mr. Manzo-Gaitan was never free from official restraint during his entry into the United States;
2. Grant an evidentiary hearing.

These motions are based on upon the instant motions, the notice of motions, the attached statements of facts and memorandum of points and authorities, the attached affidavit, the files and records in the above-entitled case, and any and all other information that may be brought to the Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated:  September 11, 2008      /s/ROBERT C. SCHLEIN
                                Robert C. Schlein
                                Attorney-at-Law
                                Attorney for Defendant MANZO-GAITAN
                                robert@rcslaw.org