1

2                **UNITED STATES DISTRICT COURT**

3                **SOUTHERN DISTRICT OF CALIFORNIA**

4

5  UNITED STATES OF AMERICA,            )        Case No.: 08CR00094-JLS
                                        )
6                Plaintiff,             )
                                        )
7        v                              )        **CERTIFICATE OF SERVICE**
                                        )
8  EZEQUIEL MANZO-GAITAN,               )
                                        )
9                Defendant,             )
                                        )
10 _____  )

11

12 IT IS HEREBY CERTIFIED THAT:

13      I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age.

14 My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

15      I am not a party to the above-entitled action. I have caused service of:

16      **Notice of Motions and Motion  to:**
17          **(1)      Dismiss the Indictment Because the Defendant Was Never Free From
                       Official Restraint;**
18          **(2)      Grant an Evidentiary Hearing.**
19      **Memorandum of Points and Authorities**

20 on the following parties by electronically filing the foregoing with the Clerk of the District Court

21 using its ECF System, which electronically notifies the:

22      1. Rebecca Kanter, Assistant United States Attorney.

23 I declare under penalty of perjury that the foregoing is true and correct

24 Executed on September 11, 2008.

25                                              s/Robert C. Schlein
                                                ROBERT C. SCHLEIN
26

27

28

                                    1