ROBERT C. SCHLEIN SBN: 97876
ROBERT C. SCHLEIN AND ASSOCIATES
401 B STREET, SUITE 2209
SAN DIEGO, CALIF.92101-4245
(619) 235-9026
Fax: (619) 235-9057

Attorney for Ezequiel Manzo-Gaitan

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(Honorable Janis L. Sammartino)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZEQUIEL MANZO-GAITAN<br>a.k.a. Francisco Mejia-Anancleto,<br><br>Defendant. | Case No.: 08cr0094-JLS<br><br>Date: September 26, 2008<br>Time: 2 p.m.<br><br>**SUPPLEMENTAL NOTICE OF MOTION *IN LIMINE* AND MOTION *IN LIMINE* TO**:<br><br>EXCLUDE DEFENDANT'S POST-ARREST STATEMENT TO THE GOVERNMENT REGARDING PRIOR ALIEN SMUGGLING ACTIVITY IN MEXICO |

**TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY, AND**
**          REBECCA S. KANTER, ASSISTANT UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE** that on September 26, 2008 at 2 p.m. or as soon thereafter as counsel may be heard, the accused, Defendant Ezequiel Manzo-Gaitan, by and through his counsel, Robert C. Schlein of Robert Schlein and Associates, will hereby move this Court to grant the above entitled motions.

**MOTION**

The accused, Ezequiel Manzo-Gaitan, by and through his attorney, Robert C. Schlein hereby files the attached motion *in limine* of facts and law relating to this case. It is as follows:

1. Exclude Defendant's Post-Arrest Statements to the Government Regarding Prior Alien Smuggling Activity in Mexico.

This motion *in limine* is based upon the attached statement of facts and memorandum of

1  points and authorities, the files and records in the above-captioned matter, and any and all other
2  evidence brought before this Court before or during the hearing on these motions.

                                            Respectfully submitted,

Dated: September 11, 2008                s/Robert C. Schlein
                                            Robert C. Schlein
                                            Robert Schlein and Associates
                                            Attorney for Ezequiel Manzo-Gaitan