# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>       Plaintiff,                            )<br>                                                        )<br>       v                                          )<br>                                                        )<br>EZEQUIEL MANZO-GAITAN     )<br>a.k.a. Francisco Mejia-Anancleto, )<br>                                                        )<br>       Defendant.                       )<br>_____) | Case No.: 08CR00094-JLS<br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

   I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

   I am not a party to the above-entitled action. I have caused service of:

**Notice of Supplemental Motions *In Limine***
**Supplemental Motion to:**
   **(1)   Exclude Defendant's Post-Arrest Statements to the Government Regarding Prior Alien Smuggling Activity in Mexico.**
**Memorandum of Points and Authorities**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies:

   1. Rebecca Kanter, Assistant United States Attorney.

I declare under penalty of perjury that the foregoing is true and correct

Executed on September 12, 2008.

                                                                           s/Robert C. Schlein
                                                                           ROBERT C. SCHLEIN

1