1  Robert C. Schlein, Esq. (SBN 97876)
   Robert C. Schlein & Associates
2  401 "B" Street, Suite 2209
   San Diego, California 92101
3  Telephone: (619) 235-9026
   Fax: (619) 235-9037
4
   Attorney for Defendant, EZEQUIEL MANZO-GAITAN
5

6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8                  (HONORABLE JANIS L. SAMMARTINO)

9  UNITED STATES OF AMERICA          )    Case No. 08cr0094-JLS
                                      )
10           Plaintiff,               )    JOINT MOTION TO CONTINUE
                                      )    MOTIONS *IN LIMINE*
11                                    )
   v.                                 )
12                                    )    Date:   September 26, 2008
   EZEQUIEL MANZO-GAITAN,             )    Time:   2:00 p.m.
13  a.k.a Francisco Mejia-Anacleto    )
                                      )
14           Defendant.   _____ )

15      IT IS HEREBY REQUESTED by and between the parties that the motions *in*

16  *limine* hearing currently scheduled on September 26, 2008 at 2:00 p.m., be continued

17  to October 3, 2008 at 2 p.m., as defense counsel will be out of the jurisdiction on

18  September 26, 2008.

19

20

21  Dated: 9/19/08                      _____
                                        REBECCA KANTER
22                                      Assistant United States Attorney

23

24  Dated: 9/19/08                      _____
                                        ROBERT C. SCHLEIN
25                                      Attorney for Defendant
                                        EZEQUIEL MANZO-GAITAN
26

27

28              *Joint Motion to Continue Motions In Limine*