# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> EZEQUIEL MANZO-GAITAN, ) <br> a.k.a. Francisco Mejia-Anacleto ) <br> ) <br> Defendant, ) <br> _____ ) | Case No.: 08CR00094-JLS <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**Joint Motion to Continue Motions *In Limine***

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the:

    1. Rebecca Kanter, Assistant United States Attorney.

I declare under penalty of perjury that the foregoing is true and correct

Executed on September 19, 2008

                                                 s/Robert C. Schlein <br>
                                                 ROBERT C. SCHLEIN